UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANSELMO ALVAREZ, individually and in behalf of all other persons similarly situated, <br><br> Plaintiff, <br><br> –against– <br><br> 809 LEX GROCERY, INC.; SUNSHINE FLOWER FACTORY, INC.; CHIN SUK PAK; and CHIN SUK YIM; jointly and severally, <br><br> Defendants. | 15 CV 6122 |

## CONSENT TO BECOME PARTY PLAINTIFF

I, _Anselmo Alvarez_, consent to become a party plaintiff in this lawsuit pursuant to 29 U.S.C. § 216(b).

Date: 05/20/15                          _/s/_